## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

HAROLD SHAWGNESSY SIMS                                    PLAINTIFF

v.                              No. 4:18-cv-876-DPM

STACY DICKERSON, Nurse, Craighead
County Detention Center;   and SELEONEZ,
Employee, Craighead County Detention Center        DEFENDANTS

### ORDER

On *de novo* review, the Court adopts the recommendation, № 5, and overrules Sims's objections, № 6.   FED. R. CIV. P. 72(b)(3).   Sims hasn't shown that he's in imminent danger within the meaning of the statute.   *E.g., Martin v. Shelton*, 319 F.3d 1048, 1050 (8th Cir. 2003).   His complaint will therefore be dismissed without prejudice.   An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith.   28 U.S.C. § 1915(a)(3).

So Ordered.

_DPMarshall Jr._____
D.P. Marshall Jr.
United States District Judge

_17 January 2019_