IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

HAROLD SHAWGNESSY SIMS                                    PLAINTIFF

v.                         No. 4:18-cv-876-DPM

STACY DICKERSON, Nurse, Craighead
County Detention Center; and SELEONEZ,
Employee, Craighead County Detention Center          DEFENDANTS

## JUDGMENT

Sims's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
United States District Judge

17 January 2019